Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
*Attorneys for Defendants The Depository Trust Company, The Depository Trust and Clearing Corporation, National Securities Clearing Corporation, and Fixed Income Clearing Corporation*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANCORP INTERNATIONAL GROUP, a Nevada corporation; DOUGLAS R. CARON, an individual,<br><br>           Plaintiffs,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., a Nevada corporation; DEPOSITORY TRUST COMPANY, a New York Limited Purpose Trust Company; DEPOSITORY TRUST AND CLEARING CORPORATION, a New York corporation; NATIONAL SECURITIES CLEARING CORPORATION, a foreign corporation; FIXED INCOME CLEARING CORPORATION, a foreign corporation; DOES 1 through 100, inclusive; ROE CORPORATIONS 1 through 80, inclusive; BLACK CORPORATIONS 1 through 80, inclusive,<br><br>           Defendants. | Case No. 3:13-cv-00170-RCJ-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FILED BY DEPOSITORY TRUST COMPANY, DEPOSITORY TRUST AND CLEARING CORPORATION, NATIONAL SECURITIES CLEARING CORPORATION, and FIXED INCOME CLEARING CORPORATION**<br><br>           **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG Plaintiffs, BANCORP

INTERNATIONAL GROUP and DOUGLAS R. CARON ("Plaintiffs"), and Defendants, FINANCIAL

INDUSTRY REGULATORY AUTHORITY, INC., ("FINRA") and DEPOSITORY TRUST

Laxalt & Nomura.
Attorneys at Law
9600 Gateway Drive
Reno, Nevada 89521

1

COMPANY, DEPOSITORY TRUST AND CLEARING CORPORATION, NATIONAL SECURITIES CLEARING CORPORATION, and FIXED INCOME CLEARING CORPORATION (together, "DTCC"), that DTCC may have an extension of time, up to and including October 3, 2013, within which to file a Reply in Support of their Motion to Dismiss, which was originally filed on August 29, 2013.

The original due date for the Opposition is September 26, 2013.

No previous request for extension as to this matter has been requested by DTCC.

The purpose of this extension is to allow DTCC additional time to research and prepare the Reply in Support their Motion to Dismiss, to the address the complex issues raised in the subject motion and opposition, and to resolve a time conflict as the current due date for the Reply falls on a religious holiday for counsel for DTCC.

Dated September 24, 2013

MICHAEL J. MORRISON

By: /s/ Michael J. Morrison
_____
Michael J. Morrison, No. 1655
1495 Ridgeview Drive, Suite 220
Reno, Nevada  89510

Attorneys for plaintiffs
Bancorp International Corp. and
Douglas R. Caron

LAXALT & NOMURA, LTD.

By: /s/ Daniel T. Hayward
_____
Daniel T. Hayward
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, Nevada  89521

Attorneys for DTCC Defendants

Laxalt & Nomura.
Attorneys at Law
9600 Gateway Drive
Reno, Nevada  89521

2

SNELL & WILMER L.L.P.

By: /s/ Suellen Fulstone
William E. Peterson, No. 1528
Suellen Fulstone, No. 1615
50 W. Liberty Street, Suite 510
Reno, Nevada  89501

Attorneys for defendant
Financial Industry Regulatory Authority, Inc.

**IT IS SO ORDERED.**

_____

Dated October 17, 2013

Laxalt & Nomura.
Attorneys at Law
9600 Gateway Drive
Reno, Nevada  89521

3