1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8    BANCORP INTERNATIONAL GROUP, a Nevada          )    Case #  3:13-cv-00170-RCJ-WGC
     corporation; DOUGLAS R. CARON, an individual,   )                 _____

9                        Plaintiff,                   )
                                                      )    **VERIFIED PETITION FOR**
10               vs.                                   )    **PERMISSION TO PRACTICE**
                                                      )    **IN THIS CASE ONLY BY**
11   FINANCIAL INDUSTRY REGULATORY AUTHORITY,         )    **ATTORNEY NOT ADMITTED**
     INC., a Nevada corporation; DEPOSITORY TRUST     )    **TO THE BAR OF THIS COURT**
12   COMPANY, a New York Limited Purpose Trust ⊞      )    **AND DESIGNATION OF**
                                                      )    **LOCAL COUNSEL**
13                                                    )
                     Defendant(s).                    )    EFFECTIVE JUNE 1, 2004
14   _____ )    FILING FEE IS $175.00

15

16    _____Gregg M. Mashberg_____, Petitioner, respectfully represents to the Court:

17

18       1.    That Petitioner resides at _____21 Arbor Drive, New Rochelle_____.
                                                              (city)
19       ____Westchester____, ____New York____.
                (county)                (state)
20

21

22       2.    That Petitioner is an attorney at law and a member of the law firm of

23    _____Proskauer Rose, LLP_____ with offices at

24    _____Eleven Times Square_____,
                        (street address)
25    _____New York_____, ___10036___, ___(212) 969-3450___.
          (city)              (zip code)    (area code + telephone number)
26    ___gmashberg@proskauer.com___.
27        *(Email address)*

28

3.      That Petitioner has been retained personally or as a member of the law firm by

THE DEPOSITORY TRUST COMPANY, THE DEPOSITORY to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

4.      That since _____ March 13, 1978 _____, Petitioner has been and presently is a member
(date)

in good standing of the bar of the highest Court of the State of_____ New York _____
(state)

where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Southern District of New York | 01-01-1979 | 1558261 |
| USDC Eastern District of New York | 01-01-1979 | 1558261 |
| US Court of Appeals for the Second Circuit | 01-01-1981 | 1558261 |
| US Supreme Court | 01-01-1988 | 1558261 |
| US Court of Appeals for the Third Circuit | 11/21/2005 | |
| US Court of Appeals for the Eighth Circuit | 05/30/2008 | |
| US Court of Appeals for the Ninth Circuit | 10/30/2006 | |

6.      That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

7.    Has Petitioner ever been denied admission to the State Bar of Nevada?.  (If yes, give particulars of every denied admission):

No

8.    That Petitioner is a member of good standing in the following Bar Associations:

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/28/2012 | 2:12-cv-01950-MMD-PAL | District of Nevada/Judge Du | Granted |
| 11/28/2010 | 2:12-cv-01952-GMN-VCF | District of Nevada/Judge Novarro | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _____New York_____ )
COUNTY OF _____New York_____ )

_____Gregg Mashberg_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

_23rd_ day of _August_, _2013_.

_____
Notary public or Clerk of Court

JANET M. BONELLI
Notary Public, State of New York
No. 01BO4714761
Qualified in Queens County
Commission Expires March 30, 2014

## DESIGNATION OF RESIDENT ATTORNEY
## ADMITTED TO THE BAR OF THIS COURT
## AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Daniel T. Hayward_____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action.  The address of said designated Nevada counsel is:

9600 Gateway Drive
Reno, Nevada 89523
(775) 322-1170

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Daniel T. Hayward_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

By:  Isaac Montal, Esq., for Defendants;
    The Depository Trust & Clearing Corporation;
    The Depository Trust Company;
    National Securities Clearing Corporation; and
    Fixed Income Clearing Corporation

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   5986
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:
Dated this 17th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this 30th day of August, 2013, I caused to be served a true and correct copy of the forgoing *VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL* by method indicated

XX_____        by Court's CM/ECF Program

And addressed to the following:


Michael J. Morrison
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
*Attorneys for Plaintiff, Bancorp
International Group*

William E. Peterson, Esq.
Suellen Fulstone, Esq.
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501

Betty G. Brooks (*pro hac vice admission pending*)
Office of General Counsel
FINRA, Inc.
1735 K Street, N.W.
Washington, D.D. 20006
*Attorneys for Defendant, Financial Industry Regulatory
Authority, Inc.*

_____
An employee of Laxalt & Nomura, Ltd.

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GREGG M. MASHBERG

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 13, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 19, 2013**

6543

_____

Clerk of the Court