AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

BANCORP INTERNATIONAL
GROUP,

       Plaintiff,         JUDGMENT IN A CIVIL CASE
  V.

                            CASE NUMBER:   3:13-cv-00170-RCJ-WGC

FINANCIAL INDUSTRY
REGULATORY AUTHORITY
INC, et al.,

       Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motions to Dismiss (ECF Nos. 8, 34) are GRANTED.

    January 10, 2014                                **LANCE S. WILSON**
                                                                   Clerk

                                                                   /s/ K. Rusin
                                                                   Deputy Clerk